# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PALLAMARY,<br><br>Plaintiff,<br>v.<br>ELITE SHOW SERVICES, INC., a California corporation; CITY OF SAN DIEGO, a municipal corporation; OFFICER ZACHARY DIGIOIA, an individual; SERGEANT JENNIFER ATWOOD, an individual; DETECTIVE JULIE ADAMS, an individual; QUALCOMM STADIUM MEDICAL STAFF 1-3, individuals; the CHARGERS FOOTBALL COMPANY, LLC, a California limited liability company; BARBARA JOHNSON, an individual; DANIEL JOHNSON, an individual; and DOES 1 through 30, inclusive<br><br>Defendants. | CASE NO. 17cv2010-WQH-BGS<br><br>ORDER |

HAYES, Judge:

    The matters before the Court are the motion to dismiss filed by Defendant City of San Diego ("the City") (ECF No. 2), the motion to dismiss or alternatively quash service of summons by specially-appearing Defendants San Diego Police Department Officers 1-3 ("SDPD Officers 1-3")(ECF No. 4); and the motion to dismiss and the motion to strike filed by Defendants Elite Show Services, Inc. ("Elite"), Barbara Johnson, and Daniel Johnson (ECF No. 8, 9).

1         On July 5, 2017, Plaintiff Michael Pallamary initiated this action by filing a complaint in the Superior Court of California for the County of San Diego against Defendants Elite, the City, SDPD Officers 1-3, Qualcomm Stadium Medical Staff 1-3, Chargers Football Company ("Chargers"), Barbara Johnson, Daniel Johnson and doe defendants. (ECF No. 1). The action was removed to this Court on September 29, 2017. *Id.*

        On October 5, 2017, Defendant City filed a motion to dismiss the complaint. (ECF No. 2).

        On October 5, 2017, the "specially appearing" Defendants SDPD Officers 1-3 filed a motion to dismiss or alternatively quash service of summons. (ECF No. 4).

        On October 18, 2017, Defendants Elite, Barbara Johnson, and Daniel Johnson filed a motion to dismiss the complaint and a motion to strike portions of the complaint. (ECF No. 8,9).

        On December 20, 2017, Plaintiff and Defendants City, Elite, Barbara Johnson, Daniel Johnson, and the Chargers filed a joint motion to permit Plaintiff to file a first amended complaint.[1] (ECF No. 30).

        On December 21, 2017, the Court granted the motion and granted leave to file a first amended complaint. (ECF No. 31). On December 22, 2017, Plaintiff filed the First Amended Complaint. (ECF No. 32).

        Plaintiff has filed an amended complaint in this action. Once filed, an amended complaint supersedes the original complaint in its entirety. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The pending motions to dismiss, motion to strike, and motion to dismiss or in the alternative quash service, addressing the original complaint, became moot once the first amended complaint was filed. Further, the "San Diego Police Officers 1-3" are no longer listed as a party in the

---

[1] Qualcomm Stadium Medical Staff 1-3, who has not yet appeared in this action, was not a party to the joint motion. San Diego Police Officers 1-3, who "specially appeared" to challenge service of process, were not a party to the joint motion. The amended complaint names new individual defendants and does not list "San Diego Police Officers 1-3" as defendants.

amended complaint. (ECF No. 32).

IT IS HEREBY ORDERED that the motions are denied as moot and without prejudice. (ECF Nos. 2,4, 8, 9).

DATED: January 2, 2018

**WILLIAM Q. HAYES**
United States District Judge